

**ANNIE REBECCA ELLIOTT**
**Fort Bend County District Clerk**
301 Jackson, Richmond, TX 77469

## SUBPOENA APPLICATION

All sections <u>must</u> be completed for processing this application.

**Section 1:**
Cause No. 15-DCV-226321                                Date 7/7/2015
Style:

Patrick Charles

VS

Exeter Finance Corp. P.O. Box 166088, Irving Texas 75016

**Section 2:**
**Application for (Check Type):**

☒ SUBPOENA — Tel. Records   ☐ SUBPOENA DUCES TECUM   ☐ SUBPOENA MEDIATION
☐ SUBPOENA DEPO             ☐ SUBPOENA DEPO DUCES TECUM

---

### To: ANNIE REBECCA ELLIOTT, District Clerk

Please subpoena the following to testify on behalf of:

☐ Plaintiff/Petitioner    ☐ Defendant/Respondent

on _____ at _____ A.M./P.M.
         Date                    Time

**Section 3:**
**PARTIES TO BE SUBPOENAED (Please type or print):**

1. Name: Exeter Finance Corp. Box 166088     PC
   Address: P.O. Box 166088
   City: Irving        State: Texas        Zip: 75016

2. Name: _____
   Address: _____
   City: _____ State: _____ Zip: _____

3. Name: Simple Mobile
   Address: 9700 N. West 112 Ave
   City: Madley F/A   State: FLA.   Zip: 33175

**Section 4 (<u>ONLY</u> if requesting a Duces Tecum Subpoena)**
**BRING THE FOLLOWING (Please type or print):** Subpoena Telephone

Logs For Year 2013 - 2014

1-877-878-7908

Fax 305-715-6932            FILED

2015 SEP 11  AM 11: 50

Continued on Reverse
Revised 5/1    Form is available for download at no cost at
www.fortbendcountytx.gov/index.aspx?page=997



EXHIBIT
A

_____
_____
_____
_____
_____
_____
_____

**Section 5**
**Contact Information:**
Please contact _____, upon receipt
of subpoena.  Telephone Number: ████████ — 9637

**Section 6**
**Check Service Type:**
☐ Out of County          ☐ Private Process
☐ Sheriff                ☐ Constable Pct._____
☒ Certified Mail         ☐ Registered Mail (Out of Country)

**Section 7** (ONLY if Section 8 does not apply)
**Attorney Name:**_____
Address:_____
                    Street/P. O. Box
         _____     _____     _____
             City              State            Zip
Attorney's Telephone No: _____    Attorney's Bar No: _____

**Section 8** (ONLY if Section 7 does not apply)
**Pro-Se Name:** PATRICK CHARLES
Address: ████████████████
         Street/P.O. Box
████████████   ████████   ████████
    City           State       Zip
Telephone No: ████████████

**Section 9**
**Check Delivery Type:**
☐ Hold for pick up     ☐ Mail to Attorney     ☒ Mail to Pro-Se Party

**Section 10**
**Requested By:**
Requested By: _Patrick Charles_        _Patrick Charles_
                  Signature                  Print Name
On behalf of _____, Attorney for _____
             Print Attorney's Name              Print Plaintiff/Petitioner or
                                                Defendant/Respondent's Name



### ANNIE REBECCA ELLIOTT
**Fort Bend County District Clerk**
301 Jackson, Richmond, TX 77469

## SUBPOENA APPLICATION
All sections **must** be completed for processing this application.

**Section 1:**
Cause No. *15-DCV-226321*          Date *9/21/2015*

Style:
*Patrick Charles*

VS

*EXETER Finance Corp. P.O. Box 166008, Irving, Tx 75016*

**Section 2:**
### Application for (Check Type):

- [ ] SUBPOENA        [x] SUBPOENA DUCES TECUM        [ ] SUBPOENA MEDIATION
- [ ] SUBPOENA DEPO   [ ] SUBPOENA DEPO DUCES TECUM

## To: ANNIE REBECCA ELLIOTT, District Clerk

Please subpoena the following to testify on behalf of:

[ ] Plaintiff/Petitioner    [x] Defendant/Respondent

on _____ at _____ A.M./P.M.
        Date                    Time

**Section 3:**
### PARTIES TO BE SUBPOENAED (Please type or print):

1. Name: *Simple Mobile*
   Address: *9700. N. WEST 112 AVE*
   City: *Madley*   State: *FlA*   Zip: *23178*

2. Name: _____
   Address: _____
   City: _____   State: _____   Zip: _____

3. Name: _____
   Address: _____
   City: _____   State: _____   Zip: _____

**Section 4 (ONLY if requesting a Duces Tecum Subpoena)**
### BRING THE FOLLOWING (Please type or print):

*SUBPOENA Telephone Log For*
*September 2013 - 2014*

*1 800 - 321 - 321 - 9637*

*FAX 305 - 715 - 6932*

*FILED 2015 SEP 21 PM 2:02*
*Annie Rebecca Elliott*
*CLERK DISTRICT COURT*
*FORT BEND CO. TX*

15-DCV-226321
APPL
Application
3798280

**Section 5**

**Contact Information:**

Please contact _____ Patrick Charles _____ , upon receipt

of subpoena. Telephone Number: ██████████████████

**Section 6**

**Check Service Type:**

☐ Out of County                    ☐ Private Process

☐ Sheriff                          ☐ Constable Pct._____

☑ Certified Mail                   ☐ Registered Mail (Out of Country)

**Section 7** (ONLY if Section 8 does not apply)

**Attorney Name:** _____

Address: _____

_____City_____              _____Street/P.O. Box_____     _____State_____     _____Zip_____

Attorney's Telephone No: _____  Attorney's Bar No: _____

**Section 8** (ONLY if Section 7 does not apply)

**Pro-Se Name:** _____ PATRICK Charles _____

Address: ██████████████████████████

_____City_____              _____Street/P.O. Box_____     _____State_____     _____Zip_____

Telephone No: ██████████████████

**Section 9**

**Check Delivery Type:**

☐ Hold for pick up        ☐ Mail to Attorney        ☑ Mail to Pro-Se Party

**Section 10**

**Requested By:**

Requested By: _____ Patrick Charles _____            _____ Patrick Charles _____

_____Signature_____                                  _____Print Name_____

On behalf of _____ , Attorney for _____

_____Print Attorney's Name_____              Print Plaintiff/Petitioner or
                                                 Defendant/Respondant's Name

SERVICE FEE COLLECTED
BY DISTRICT CLERK

Subpoena - Duces Tecum

☐ Yes ☒ No
$10.00 Witness Fee Attached

THE STATE OF TEXAS

Cause No. **15-DCV-226321**
**PATRICK CHARLES 6722 ROWELL COURT MISSOURI CITY, TEXAS VS EXETER FINANCE CORP.
P. O. BOX 166088 IRVING, TEXAS 75016**

TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS OR OTHER PERSON AUTHORIZED
TO SERVE SUBPOENAS AS PROVIDED IN RULE 176 T.R.C.P.:

   **YOU ARE HEREBY COMMANDED TO SUMMON
   SIMPLE MOBILE
   9700 N WEST 112 AVENUE
   MEDLEY FL  23178**

to be and personally appear instanter before the, **HONORABLE 268TH JUDICIAL DISTRICT COURT
OF FORT BEND COUNTY, TEXAS** to be held within and for said County at the Court House thereof, in
Richmond, Texas, then and there to testify and the truth to speak on behalf of the **PLAINTIFF** in the
above styled and numbered cause, now pending in said Court, and there to remain from day to day, and
from term to term, until discharged by said Court.  Said above named witness is further commanded to
produce at said time and place above sat forth the following books, papers, and documents or other
tangible things, to wit:

**TELEPHONE LOGS FOR SEPTEMBER 2013-2014**

**HEREIN FAIL NOT,** and make due return hereof, showing how you have executed the same.

   ISSUED and given under my hand and seal of said Court at office in Richmond, Fort Bend
County, Texas,  **December 07, 2015.**

DISTRICT CLERK ANNIE REBECCA ELLIOTT
Fort Bend County, Texas

By: _____
Deputy District Clerk Vanessa Vasquez
Telephone: (281) 341-3754

**Please contact the attorney at the number listed below upon receipt of this subpoena.**

The name and address of the attorney for **PLAINTIFF** is:
**PATRICK CHARLES
PRO SE**

15 – DCV – 226321
ISSU
Issuance
3900772

**ORIGINAL**

15-DCV-226321                                                          268th Judicial District Court
Patrick Charles 6722 Rowell Court Missouri City, Texas vs Exeter Finance Corp. P. O. Box 166088 Irving, Texas 75016

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

       Came to hand on the **21st day of September, 2015** at **2:02 PM** o'clock and executed at **9700 N WEST 112 AVENUE  MEDLEY FL  23178**, on the **7th day of December, 2015,** by delivering a true copy of the within subpoena to the within named witness **SIMPLE MOBILE** by registered or certified mail, with delivery restricted to addressee only and return receipt requested.

Service Fee......... **$80.00**

CMRR# 9414 7266 9904 2956 2111 46

**Rule 176.8(a) Contempt. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of Court from which the subpoena is served, or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.**

**FILED**

DEC 07 2015

AT_____1:05_____M

*Annie Rebecca Elliott*
Clerk District Court, Fort Bend Co., TX

DISTRICT CLERK ANNIE REBECCA ELLIOTT
Fort Bend County, Texas

By:_____
Deputy District Clerk  Vanessa Vasquez

---

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____,
                    (First, Middle, Last)

my date of birth is_____, and my address is _____
                                                     (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the

day of _____.

                                     _____
                                     Declarant / Authorized Process Server

                                     _____
                                     (Id # & expiration of certification)

**ORIGINAL**

Subpoena (Duces Tecum) by Certified Mail issued to Simple Mobile on 12/7/2015.



15--DCV--226321
ISSU
issuance
3907665

Postage $ .44

tified Fee 3.45

ceipt Fee 2.80
nt Required)

Restricted Delivery Fee
(Endorsement Required)

Domestic Mail Only
No Insurance
Coverage Provided

Total Postage & Fees $ 6.74

Sent To:
SIMPLE MOBILE
9700 N WEST 112 AVENUE
MEDLEY FL 23178

9404 7266 9904 2956 2111 46

Silvia Guevara

2015 DEC -9 AM 10:57

CLERK DISTRICT COURT, TX
FORT BEND CO., TX

RICHMOND, TX
Postmark

PS Form 3800, December 2014     US Postal Service®     Certified Mail® Receip

DCCV 15--DCV--226321 SIMPLE MOBILE 268TH VV SUB

**Certified Mail® Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A signature upon delivery
- A record of delivery kept by the Postal Service™ for two years

*Important Reminders:*

- Certified Mail® may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail® is not available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail®. For valuables, please consider Insured or Registered Mail™.
- For an additional fee, Return Receipt may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail® receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
- If a postmark on the Certified Mail® receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail® receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, December 2014 (Reverse)



2. Article Number

15 – DCV – 226321
ISSU
Issuance
3947621

9414 7266 9904 2956 2111 46

3. Service Type  **CERTIFIED MAIL®**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

SIMPLE MOBILE
9700 N WEST 112 AVENUE
MEDLEY FL 23178

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
Adam Witlin

B. Date of Delivery

C. Signature
X  Adam Witlin
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

FILED
2016 JAN -7  PM 2: 58

Annie Rene Elliott
CLERK DISTRICT COURT
FORT BEND CO. TX

Silvia Guevara

Domestic Return Receipt

PS Form 3811, December 2014

DCCV 15-DCV-226321  SIMPLE MOBILE 268TH VV SUB



UNITED STATES POSTAL SERVICE®

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

• Print your name, address and ZIP+4® below •

ANNIE REBECCA ELLIOTT
FORT BEND COUNTY DISTRICT CLERK
301 JACKSON
RICHMOND TX  77469-3108

15–DCV–226321
APPL
Application
3974677



**ANNIE REBECCA ELLIOTT**
**Fort Bend County District Clerk**
**301 Jackson, Richmond, TX 77469**

## SUBPOENA APPLICATION
All sections **must** be completed for processing this application.

**Section 1:**
Cause No. _15-DCV-226321 (Court 268)_  Date _1/14/2016_
Style:
_Patrick Charles_
VS
_Exeter Finance Corp (222 Las Colinas Blvd. W - Irving Tx_
_P.O. Box 166008 Irvin Tx 75016        75039_

**Section 2:**
**Application for (Check Type):**

☐ SUBPOENA        ☒ SUBPOENA DUCES TECUM        ☐ SUBPOENA MEDIATION

☐ SUBPOENA DEPO        ☐ SUBPOENA DEPO DUCES TECUM

### To: ANNIE REBECCA ELLIOTT, District Clerk

Please subpoena the following to testify on behalf of:
☐ Plaintiff/Petitioner        ☐ Defendant/Respondent

on _____ at _____ A.M./P.M.
Date                        Time

*FILED 2016 JAN 20 AM 9:26*
*Annie Rebecca Elliott*
*DISTRICT COURT Fort Bend Co., TX*

**Section 3:**
**PARTIES TO BE SUBPOENAED (Please type or print):**
1. Name: _Corporate Creation Network_
   Address: _4265, San Felipe Ste 1100_
   City: _Houston_    State: _Texas_    Zip: _77027_
2. Name: _____
   Address: _____
   City: _____ State: _____ Zip: _____
3. Name: _____
   Address: _____
   City: _____ State: _____ Zip: _____

**Section 4 (ONLY if requesting a Duces Tecum Subpoena)**
**BRING THE FOLLOWING (Please type or print):** _Subpoena Telephone_
_log for Telephone Number 832-878-7954_
_from August 2013 - 2014 to be_
_used as evidence and Reviewed_
_By Judge for Case # 15-DCV-226321_
_Release immediately. Case is Pending in Court,_
_Plaintiff: Awaiting 1st Schedule Court date._

**Continued on Reverse**
This form is available for download at no cost at
http://www.fortbendcountytx.gov/index.aspx?page=997

Revised 5/13

**Section 5**

**Contact Information:**

Please contact _FATRICK CHARLES_ , upon receipt

of subpoena. Telephone Number: ███████-7061

**Section 6**

**Check Service Type:**

☐ Out of County          ☐ Private Process

☐ Sheriff               ☐ Constable Pct._____

☒ Certified Mail         ☒ Registered Mail (Out of Country)

**Section 7 (ONLY if Section 8 does not apply)**

**Attorney Name:**_____

Address:_____

                     Street/P.O. Box

_____          _____          _____
City                                      State                          Zip

Attorney's Telephone No: _____   Attorney's Bar No: _____

**Section 8 (ONLY if Section 7 does not apply)**

**Pro-Se Name:** _FATRICK CHARLES_

Address: ████████████  _TEXAS_     _77489_
                     Street/P.O. Box

_MISSOURI City_          _Texas_            _77489_
City                              State                          Zip

Telephone No: ███████-7954

**Section 9**

**Check Delivery Type:**

☐ Hold for pick up    ☐ Mail to Attorney    ☒ Mail to Pro-Se Party

**Section 10**

**Requested By:**

Requested By: ___FATRICK CHARLES___          _FATRICK CHARLES_
              Signature                                      Print Name

On behalf of _____, Attorney for _FATRICK CHARLES_
        Print Attorney's Name                              Print Plaintiff/Petitioner or
                                 Defendant/Respondant's Name

Subpoena Civil Duces Tecum

☐ Yes  ☑ No
$10.00 Witness Fee Attached

### THE STATE OF TEXAS

Cause No: 15-DCV-226321

**Patrick Charles 6722 Rowell Court Missouri City, Texas vs Exeter Finance Corp. P. O. Box 166088 Irving, Texas 75016**

TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS OR OTHER PERSON AUTHORIZED TO SERVE SUBPOENAS AS PROVIDED IN RULE 178 T.R.C.P.:

> **YOU ARE HEREBY COMMANDED TO SUMMON:**
> **CORPORATE CREATION NETWORK**
> **4265 SAN FELIPE STE 1100**
> **HOUSTON TX 77027**

to be and personally appear Instanter before the, **HONORABLE 268TH JUDICIAL DISTRICT COURT  OF FORT BEND COUNTY, TEXAS** to be held within and for said County at the Court House thereof, located at 1422 Eugene Heimann Circle, Richmond, Texas 77469, then and there to testify and the truth to speak on behalf of the **PLAINTIFF** in the above styled and numbered cause, now pending in said Court, and there to remain from day to day, and from term to term, until discharged by said Court. Said above named witness is further commanded to produce at said time and place above set forth the following books, papers, and documents or other tangible things, to wit:

**SUBPOENA TELEPHONE LOG FOR TELEPHONE NUMBER 832-878-7954 FROM AUGUST 2013-2014 TO BE USED AS EVIDENCE AND REVIEWED BY JUDGE FOR CASE # 15-DCV-226321 RELEASE IMMEDIATELY, CASE IS PENDING IN COURT AWAITING SCHEDULE COURT DATE**

**HEREIN FAIL NOT,** and make due return hereof, showing how you have executed the same.

ISSUED and given under my hand and seal of said Court at office in Richmond, Fort Bend County, Texas, on **on this the 25th day of January, 2016.**

DISTRICT CLERK ANNIE REBECCA ELLIOTT
Fort Bend County, Texas

By: _____
Deputy District Clerk Leslie Melgar
Telephone: (281) 833-7634

**Please contact the attorney at the number listed below upon receipt of this subpoena.**

The name and address of the attorney for **Plaintiff** is:
**PATRICK CHARLES- PRO SE**

███████████████

15-DCV-226321
ISSU
Issuance
3974691



**FILE**



9404 7266 9904 2957 5295 54

15 – DCV – 226321
ISSU
Issuance
3988410

Postage $ .49

Certified Fee 3.45

Return Receipt Fee
(Endorsement Required) 2.80

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $ 6.74

Domestic Mail Only
No Insurance
Coverage Provided

Sent To:
CORPORATE CREATION NETWORK
4265 SAN FELIPE   STE 1100
HOUSTON, TX.
77027

FILED
2016 JAN 26 AM 10:47

CLERK DISTRICT COURT
FORT BEND CO., TX

Silvia Guevara

USPS Postmark Here 2016

PS Form 3800, December 2014      US Postal Service®            Certified Mail® Receipt

15–DCV–226321                    268TH/DUCES TECUM/

**Certified Mail® Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A signature upon delivery
- A record of delivery kept by the Postal Service™ for two years

**Important Reminders:**

- Certified Mail® may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail® is not available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, Return Receipt may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
- If a postmark on the Certified Mail® receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail® receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry.

PS Form 3800, December 2014 (Reverse)

**CORPORATE CREATIONS**
Registered Agent • Director • Incorporation

February 5, 2016

**Corporate Creations International Inc.**
11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL

Leslie Melgar
*Deputy District Clerk*
Fort Bend County
301 Jackson
RICHMOND TX 77469

**SUBPOENA RESPONSE**

We received a Subpoena addressed to "Corporate Creations Network" requesting call records for "832-878-7954". Corporate Creations Network, Inc. is not a custodian of cell phone records and has no knowledge or record of number 832-878-7954. We do not have this information.

Rather, we are a registered agent service provider, the role of which is limited to the receipt and forwarding of documents, such as this, delivered to us on behalf of companies for which we serve as their registered agent. We do not have substantive involvement with the business operations or record keeping of our corporate clients. Perhaps, the subpoena was intended to be addressed to a corporate client of ours however Corporate Creations is the only company mentioned and is the party being addressed.

If perhaps our company was addressed by mistake you may revise and re-serve the subpoena correctly naming the company you wish to produce records. We will gladly deliver a subpoena sent from your office properly addressed to a company for which we are registered agent for service of process and delivered "c/o Corporate Creations Network Inc." at our registered office.

Sincerely,

Trent Bavaro
Vice President & Corporate Counsel
Trent@corpcreations.com

15 – DCV – 226321
ANSW
Answer/Contest/Response/Waiver
4013811

2016 FEB 12 PM 2:43
CLERK DISTRICT COURT
FORT BEND CO. TX

Silvia Guavara

Subpoena Civil Duces Tecum

☐ Yes  ☒ No
$10.00 Witness Fee Attached

THE STATE OF TEXAS

Cause No: **15-DCV-226321**

**Patrick Charles 6722 Rowell Court Missouri City, Texas vs Exeter Finance Corp. P. O. Box 166088 Irving, Texas 75016**

TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS OR OTHER PERSON AUTHORIZED TO SERVE SUBPOENAS AS PROVIDED IN RULE 178 T.R.C.P.:

**YOU ARE HEREBY COMMANDED TO SUMMON:
CORPORATE CREATION NETWORK
4265 SAN FELIPE STE 1100
HOUSTON TX 77027**

to be and personally appear instanter before the, **HONORABLE 268TH JUDICIAL DISTRICT COURT OF FORT BEND COUNTY, TEXAS** to be held within and for said County at the Court House thereof, located at 1422 Eugene Heimann Circle, Richmond, Texas 77469, then and there to testify and the truth to speak on behalf of the **Plaintiff** in the above styled and numbered cause, now pending in said Court, and there to remain from day to day, and from term to term, until discharged by said Court. Said above named witness is further commanded to produce at said time and place above set forth the following books, papers, and documents or other tangible things, to wit:

**SUBPOENA TELEPHONE LOG FOR TELEPHONE NUMBER 832-878-7954 FROM AUGUST 2013-2014 TO BE USED AS EVIDENCE AND REVIEWED BY JUDGE FOR CASE # 15-DCV-226321 RELEASE IMMEDIATELY, CASE IS PENDING IN COURT AWAITING SCHEDULE COURT DATE**

**HEREIN FAIL NOT,** and make due return hereof, showing how you have executed the same.

ISSUED and given under my hand and seal of said Court at office in Richmond, Fort Bend County, Texas, on **on this the 25th day of January, 2016.**

DISTRICT CLERK ANNIE REBECCA ELLIOTT
Fort Bend County, Texas

By: _____
Deputy District Clerk Leslie Melgar
Telephone: (281) 633-7634

**Please contact the attorney listed below upon receipt of this subpoena.**

The name and address of the attorney for **Plaintiff** is:
**PATRICK CHARLES- PRO SE**

█████████████████

**SERVICE**

16-DCV-226321 — 268th Judicial District Court
Patrick Charles 6722 Rowell Court Missouri City, Texas vs Exeter Finance Corp. P. O. Box 166088 Irving, Texas 75016

OFFICER'S RETURN

Came to hand the _____ day of _____ 20_____, at _____ o'clock _.m., and executed by delivering a true copy of the within subpoena to the within named witness at the following time and place, to wit:

| NAME | DATE | TIME | PLACE, AND COURSE AND DISTANCE FROM COURT HOUSE | MILEAGE |
|------|------|------|--------------------------------------------------|---------|
|      |      |      |                                                  |         |

_____and not executed as to the witness _____ for the following reasons I actually and necessarily traveled _____ miles in the service of this subpoena in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

FEES:  Summoning Witness    $_____ _____ Sheriff
       Mileage               $_____ _____ or Constable
       Total                 $_____ _____ County, Texas
                      By:_____Deputy

**ACCEPTANCE OF SERVICE OF SUBPOENA BY WITNESS PER RULE 176 T.R.C.P.**

I, the undersigned witness named in Subpoena acknowledge receipt of a copy thereof, and hereby accept service of the attached subpoena, and will appear in said court on said date and time directed in this subpoena. Rule 176.8(a) Contempt.  Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

_____          _____
          SIGNATURE OF WITNESS                              DATE
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
Not executed as to the witness _____

for the following reasons: _____

_____

_____

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is
              (First, Middle, Last)
_____, and my address is _____.
                                              (Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____

on the day of _____.

                           _____
                           Declarant / Authorized Process Server

                           _____
                              (Id # & expiration of certification)

PLEASE RETURN TO:
DISTRICT CLERK ANNIE REBECCA ELLIOTT
301 Jackson, Richmond, Texas 77469

# SERVICE

Subpoena (Duces Tecum) issued to  Corporate Creation Network on  1/25/2016.

**CORPORATE CREATIONS**
Registered Agent • Director • Incorporation

---

**Corporate Creations International Inc.**
11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL
Tel (561) 694-8107  Fax

February 5, 2016



Leslie Melgar *Deputy District Clerk*
Fort Bend County
301 Jackson
RICHMOND  TX  77469



2. Article Number

15−DCV−226321
ISSU
Issuance
3999503

9414 7266 9904 2957 5296 54

3. Service Type **CERTIFIED MAIL®**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

CORPORATE CREATION NETWORK
4265 SAN FELIPE STE 1100
HOUSTON, TX.
77027

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   Diana Rivera   B. Date of Delivery   2/2/16

C. Signature

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

FILED

2016 FEB -4 PM 2:49

CLERK DISTRICT COURT
FORT BEND CO TX

Silvia Guevara

S Form 3811, December 2014                    Domestic Return Receipt

15−DCV−226321                    268TH/DUCES TECUN/                    TM

UNITED STATES POSTAL SERVICE®

N. HOUSTON
TX 773

02 FEB '16

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

• Print your name, address, and ZIP+4® below •



ANNIE REBECCA ELLIOTT
FORT BEND COUNTY DISTRICT CLERK
301 JACKSON
RICHMOND TX  77469-3108

74ES310801