# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Patrick Charles, *Plaintiff*, | § § § | |
| v. | § | Civil Action No. 4:16-CV-03480 |
| Exeter Finance Corp., *Defendant*. | § § § § | |

## ORDER OF ADOPTION

On December 20, 2017, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 63), recommending that Exeter's motion for summary judgment be granted.

After due consideration of the entire record and the applicable law, the Court hereby overrules the objections and ADOPTS the memorandum and recommendation as this Court's opinion. Exeter's motion for summary judgment is granted.

The court will issue a separate final judgment.

Signed at Houston, Texas, this __10__ day of January, 2018.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE